1  PHILLIP A. TALBERT
   Acting United States Attorney
2  STEPHANIE STOKMAN
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

**FILED**
Apr 29, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America


**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00117 NONE-SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| DEAN SILVA, | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 29, 2021 charging the above defendant with violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Motion to Seal Indictment                    1

DATED: April 29, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By   /s/ STEPHANIE STOKMAN
    STEPHANIE STOKMAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: April 29, 2021

_____
BARBARA A. McAULIFFE
U.S. Magistrate Judge

Motion to Seal Indictment         2