| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | STEPHANIE M. STOKMAN |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00117-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL INDICTMENT |
| DEAN SILVA, | |
| Defendant. | |

The Indictment in this case, having been sealed by Order of the Court on April 29, 2021, and it appears that it no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: May 10, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DEAN SILVA,<br><br>　　　　　　　　Defendant. | CASE NO. 1:21-CR-00117-NONE-SKO<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on April 29, 2021 be unsealed and become public record.

IT IS SO ORDERED.

Dated: __**May 10, 2021**__　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE