Gabriel J. Pacheco, #299524
1444 Fulton St.
Fresno, CA 93721
Telephone: (559) 540-7070
Fax: (559) 940-6815
Email: GP@PachecoEsq.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEAN SILVA,<br><br>    Defendant. | Case No. **1:21-CR-00117**<br><br>**ORDER GRANTING APPLICATION TO BE RELEIVED AS COUNSEL**<br><br>Date:<br>Time:<br>Dept: |

It is hereby ordered that Gabriel J. Pacheco be relieved as counsel in this case and that John Meyer be appointed as new counsel.

IT IS SO ORDERED.

Dated:   **November 30, 2021**

_____
UNITED STATES MAGISTRATE JUDGE