ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00117-JLT-SKO |
| Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| DEAN SILVA, | DATE: April 29, 2026 |
| Defendant. | TIME: 2:00 p.m. COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a preliminary hearing on April 29, 2026.

2.      By this stipulation, defendant now moves to vacate the preliminary hearing scheduled for April 29, 2026 and schedule a status conference on May 20, 2026.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes police reports and the Defendant's criminal history. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      The defendant is out of custody on location monitoring.

c)      The parties are working diligently to reach a resolution of the case and anticipate

STIPULATION TO VACATE PRELIMINARY
HEARING AND SCHEDULE STATUS CONFERENCE

1

scheduling an admission hearing.

d)   Counsel for defendant desires additional time to consult with her client and discuss potential resolutions with her client.

e)   The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  April 27, 2026                    ERIC GRANT
                                          United States Attorney


                                          /s/ CALVIN LEE
                                          CALVIN LEE
                                          Assistant United States Attorney


Dated:  April 27, 2026                    /s/ ADELINE FLORES
                                          ESTRADA
                                          ADELINE FLORES ESTRADA
                                          Counsel for Defendant
                                          Dean Silva

STIPULATION TO VACATE PRELIMINARY
HEARING AND SCHEDULE STATUS CONFERENCE

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED that the April 29, 2026, preliminary hearing in case number 1:21-cr-00117-JLT-SKO is vacated and a status conference is scheduled for May 20, 2026, before the duty magistrate judge.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge

STIPULATION TO VACATE PRELIMINARY
HEARING AND SCHEDULE STATUS CONFERENCE

3